UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,                )<br>                                                           )<br>                    Plaintiff,                     )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>One Kimber Super Carry CSTM pistol, )<br>45 caliber, serial no. K311273;           )<br>                                                           )<br>One Big Horn Armory, Inc. AR-500 rifle, )<br>500 caliber, serial no. A000721,          )<br>                                                           )<br>One Browning A-Bolt rifle, 22-250 caliber, )<br>serial no. 86568NP351;                    )<br>                                                           )<br>One Remington Arms Co., Inc., 550-1 rifle, )<br>22 caliber, no serial number;              )<br>                                                           )<br>One Savage Arms 99 series A rifle, 358 caliber, )<br>serial no. B508015;                        )<br>                                                           )<br>One Springfield Armory Geneseo, Il 53A rifle, )<br>22 caliber, no serial number;            )<br>                                                           )<br>One Springfield Armory Geneseo, Il M1A rifle, )<br>762 caliber, serial no. 046024,         )<br>                                                           )<br>One Stevens 325-C rifle, 30 caliber,    )<br>no serial number;                            )<br>                                                           )<br>One Ted Williams 340:53043 rifle, 22 caliber, )<br>serial no.: 490491094;                    )<br>                                                           )<br>One Thompson Center Arms Co., semi-automatic )<br>carbine rifle, 45 caliber, serial no. M16055; )<br>                                                           )<br>One US Rifle, LLC M-1 Garand rifle,    )<br>30 caliber, serial no. 5725894,          )<br>                                                           )<br>One US Rifle, LLC M-1 Garand rifle, 30 caliber, )<br>Serial no. 7105437,                         )<br>                                                           )<br>One Palmetto State Armory PA-15 rifle, ) | Civil No. 1:24-cv-00010-SE-TSM |

|   |   |
|---|---|
| 300 caliber, Serial No. SCD653758, all seized from | ) |
| Dale Stewart, Jr., | ) |
|  | ) |
|     Defendants *in rem*. | ) |
|  | ) |

**AMENDED SUMMONS AND WARRANT OF ARREST IN REM
FOR ISSUANCE BY THE CLERK OF COURT FOR PROPERTY
WITHIN THE UNITED STATES' POSSESSION, CUSTODY OR CONTROL
<u>PURSUANT TO SUPPLEMENTAL RULE G(3)(b)(i)</u>**

To the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized Federal Law Enforcement Officer:

Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, an Amended Verified Complaint for Forfeiture in Rem has been filed on January 18, 2024 in the U.S. District Court for the District of New Hampshire, alleging that the following properties are subject to forfeiture to the United States on the following grounds: (A) One Kimber Super Carry CSTM pistol, 45 caliber, serial no. K311273; (B) One Big Horn Armory, Inc. AR-500 rifle, 500 caliber, serial no. A000721; (C) One Browning A-Bolt rifle, 22-250 caliber, serial no. 86568NP351; (D) One Remington Arms Co., Inc., 550-1 rifle, 22 caliber, no serial number; (E) One Savage Arms 99 series A rifle, 358 caliber, serial no. B508015; (F) One Springfield Armory Geneseo, Il 53A rifle, 22 caliber, no serial number; (G) One Springfield Armory Geneseo, Il M1A rifle, 762 caliber, serial no. 046024, (H) One Stevens 325-C rifle, 30 caliber, no serial number; (I) One Ted Williams 340:53043 rifle, 22 caliber, serial no. 490491094; (J) One Thompson Center Arms Co., semi-automatic carbine rifle, 45 caliber, serial no. M16055; (K) One US Rifle, LLC M-1 Garand rifle, 30 caliber, serial no. 5725894 (L) One US Rifle, LLC M-1 Garand rifle, 30 caliber, Serial no. 7105437, and (M) One Palmetto State Armory PA-15 rifle, 300 caliber, serial no. SCD653758, seized from Dale Stewart, Jr., for violations of 18 U.S.C. § 922.

YOU ARE, THEREFORE, COMMANDED to seize the captioned defendants *in rem*, and use discretion and whatever means appropriate to protect and maintain the property pending the outcome of this action;

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of the defendants *in rem* until further order of this Court, and shall use his discretion and whatever means appropriate to protect and maintain said defendants *in rem*;

IT IS FURTHER ORDERED that the United States shall serve upon all potential claimants to the defendants *in rem*, a copy of this Summons and Warrant of Arrest *in rem*, and the Verified Complaint for Forfeiture *in Rem*, in a manner consistent with the principles of service of process in an action *in rem* under Supplemental Rule G and other Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and 18 U.S.C. § 983(a);

IT IS FURTHER ORDERED that a return of this Amended Summons and Warrant of Arrest *in rem* shall be promptly made to the Court, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendants *in rem* shall file their Verified Claims within thirty-five (35) days after the date on which they were sent the Notice of Complaint or the final publication of notice of the filing of the Amended Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(4)(b)(ii)(B) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and shall serve and file their Answers to the Complaint within twenty-one (21) days after the filing of their Verified Claims, pursuant to Rule G(5)(b) of the Supplemental Rules for Certain Admiralty or Maritime

Claims and Asset Forfeiture Actions, with the Office of the Clerk, United States District Court for the District of New Hampshire, with a copy sent to: Assistant United States Attorney Robert J. Rabuck, Chief, Civil Division, United States Attorney's Office, District of New Hampshire, 53 Pleasant Street, 4th Floor, Concord, NH, 03301.

Dated: _____

DANIEL J. LYNCH, CLERK