UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>One Kimber Super Carry CSTM pistol, )<br>45 caliber, serial no. K311273, et al, )<br>)<br>Defendants *in rem*. )<br>_____ ) | Civil No. 1:24-cv-00010-SE-TSM |

## AFFIDAVIT OF SERVICE

I certify that on February 6, 2024, copies of the Amended Verified Complaint for Forfeiture in Rem, Notice of Forfeiture Complaint, Amended Summons and Warrant of Arrest in Rem, and ECF Notice in the above-captioned matter were served on Mark Sisti, Esq., counsel for Dale Stewart, Jr., by certified mail.

                                                       Sincerely,

                                                       JANE E. YOUNG
                                                     United States Attorney

Dated: February 8, 2024                By:  /s/ Robert J. Rabuck
                                                     Assistant United States Attorney
                                                     Chief, Civil Division
                                                     NH Bar No. 2087
                                                     District of New Hampshire
                                                     53 Pleasant Street
                                                     Concord, New Hampshire
                                                     603-225-1552
                                                     Rob.Rabuck@usdoj.gov