UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
*                                              *
*     United States of America                 *
*                                              *   Civil Case No.  1:24-cv-00010-SE-TSM
*            v.                                *
*                                              *
*  One Kimber Super Carry CSTM pistol,         *
*         45 caliber, et al,                   *
*     seized from Dale Stewart, Jr.            *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE A CLAIM**

   ***NOW COMES*** the defendant, Dale Stewart, by and through counsel, Mark L. Sisti, Esq., and respectfully requests that this Honorable Court Extend the Deadline to file a Claim in the above-captioned matter.

   As grounds for and in support of this motion it is stated:

   1. A Notice of Forfeiture Complaint together with Amended Verified Complaint for Forfeiture *In Rem*, for Property Within the United States' Possession, Custody Or Control Pursuant to Supplemental Rule G was filed in the Court on or about January 18, 2024.  A Jury Trial was requested.

   2. An Amended Summons and Warrant of Arrest in Rem for Issuance by the Clerk of Court for Property Within the United States' Possession, Custody or Control Pursuant to Supplemental Rule G(3)(b)(i) was signed by Daniel J. Lynch, Clerk of this Court, on or about January 19, 2024.

   3. Any person having or claiming a legal right, title, or interest in the defendant *in rem* properties must file a Claim within 35 days of the date of the Notice of Forfeiture Complaint (March 12, 2024).

4. Dale Stewart, Jr., who will be claiming a legal right, title, or interest in the defendant *in rem* properties, is, and has been engaged in neurological evaluation.

5. Undersigned counsel has, this date, filed an Appearance on behalf of Dale Stewart, Jr.

6. An additional ten (10) days in with to file his Claim is respectfully requested.

7. AUSA Robert J. Rabuck has been contacted and he indicated that he assents to the requested additional ten (10) days in which to file his Claim.

**WHEREFORE** the defendant respectfully requests that this Honorable Court grant said relief and for such further relief as may be just.

Respectfully Submitted,

Dated:  March 14, 2024

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.
NH Bar No.:  2357
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com

## CERTIFICATION

I hereby certify that on this 14th day of March 2024 that a copy of the foregoing Assented to Motion to Extend Deadline to File a Claim has been forwarded to AUSA Robert J. Rabuck, US Attorney's Office, through the Court's electronic filing system.

/s/ Mark L. Sisti, Esq.
Mark L. Sisti, Esq.